# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| SCOTTIE McCARROLL,  ) | |
|     Plaintiff,  ) | |
| ) | |
| v.  ) | CIVIL ACTION NO.: 11-00410-KD-N |
| ) | |
| WAL-MART STORES, INC.,  ) | |
|     Defendant.  ) | |

## JUDGMENT

In conjunction with the Order issued on this date granting Defendant Wal-Mart Stores, Inc.'s motion for summary judgment (Doc. 52), it is **ORDERED, ADJUDGED** and **DECREED** that the Plaintiff Scottie McCarroll's claims against said Defendant are hereby **DISMISSED WITH PREJUDICE.**

**DONE** and **ORDERED** this the **11th** day of **May 2012.**

                                            /s/ Kristi K. DuBose
                                            **KRISTI K. DuBOSE**
                                            **UNITED STATES DISTRICT JUDGE**